**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2679**

---

LEON HILTON GILLIS,

Plaintiff - Appellant,

versus

CRESTAR BANK; RIDPATH AGENCY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-97-455-R)

---

Submitted:  March 12, 1998          Decided:  March 23, 1998

---

Before LUTTIG, WILLIAMS,[*] and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Leon Hilton Gillis, Appellant Pro Se. Jeffery Scott Sexton, GENTRY, LOCKE, RAKES & MOORE, Roanoke, Virginia; Robert Malcolm Duncan Turk, JEBO & TURK, Radford, Virginia, for Appellees.

---

[*] Judge Williams did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting the Defendants' motion to dismiss his complaint alleging age discrimination in the making of a loan, because it was barred by the applicable statute of limitations.[*] We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Gillis v. Crestar Bank</u>, No. CA-97-455-R (W.D. Va. Nov. 6, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] A two-year statute of limitations applies to Appellant's claim. <u>See</u> 15 U.S.C.A. § 1691e(f) (West 1998).

2